**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

ELMER ENRIQUE RAMIREZ-ARDON

Case No. 1:26-cr-00040-SDN

**PROSECUTION VERSION**

On March 12, 2026, at approximately 10:30 a.m., U.S. Border Patrol Agents Jonathan Lemay (BPA Lemay) and Joshua Vossen (BPA Vossen) were driving near Stratton, Maine, in a border patrol vehicle when they observed a white box truck heading north towards the U.S.-Canadian Border. During shift muster earlier in the morning, agents were advised of a possible increase in cross-border smuggling activity. BPA Lemay and BPA Vossen have, on prior occasions, observed box truck style vehicles used to facilitate smuggling.

Upon following the vehicle and making additional observations, the agents initiated a traffic stop. As the agents approached the box truck, it appeared that the two occupants were attempting to exit the vehicle. BPA Vossen announced his presence as a U.S. Border Patrol Agent, and both men closed the doors to the vehicle, remained inside and locked the doors. When asked, one of the occupants said through the closed door that he was a citizen of Ecuador and the other, subsequently identified as ELMER ENRIQUE RAMIREZ-ARDON, stated that he was a citizen of Guatemala. A third agent, Agent Ryan Moayed (BPA Moayed), arrived to assist.

Both men complied with orders to exit the vehicle and were placed into BPA Moayed's patrol vehicle. BPA Moayed transported them to the Rangeley Border Patrol Station for further processing. During processing, BPA Moayed digitally took

RAMIREZ-ARDON's fingerprints and learned that he was, in fact, from Guatemala. BPA Moayed also learned that he was ordered deported in 2013 and was removed from the United States back to Guatemala on about February 4, 2014, at Mesa, Arizona.

During processing BPA Moayed confirmed that RAMIREZ-ARDON had not made a request to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to reapply for admission to the United States.

If this case had proceeded to trial, the government would have presented the testimony of the Border Patrol Agents involved in the events described above. In addition, the government would have presented immigration records indicating that the defendant had previously been removed from the United States and had no legal status in the United States on the day he was apprehended.

Date:  April 13, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney


BY: */s/ Joel B. Casey*
Joel B. Casey
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME  04401
(207) 945-0373
Joel.Casey@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I filed the Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Matt Morgan, Esq.
Counsel for the Defendant

ANDREW B. BENSON
United States Attorney

BY: */s/ Joel B. Casey*
Joel B. Casey
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME  04401
(207) 945-0373
Joel.casey@usdoj.gov